**Order entered January 3, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01293-CV

### IN THE INTEREST OF M.J.P., A CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30044-2015**

## ORDER

Before the Court is appellant's December 30, 2016 motion for an extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** the brief received on December 30, 2016 filed as of the date of this order.

/s/      ROBERT M. FILLMORE
         JUSTICE